FILED: July 7, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 15-2
(1:03-cv-00910-TDS-LPA)

_____

ERROL DUKE MOSES

        Petitioner - Appellant

v.

CARLTON JOYNER, Warden, Central Prison

        Respondent - Appellee

_____

O R D E R

_____

The court grants the motion to extend filing time and extends the time for filing the opening brief and appendix to August 19, 2015.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk